

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  | § | No. 08-20-00223-CR |
| IN RE: | § |  |
|  | § | AN ORIGINAL PROCEEDING |
| AERIELLE KILGORE, | § |  |
|  | § | IN HABEAS CORPUS |
| RELATOR. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of habeas corpus against the Honorable Patrick Garcia, Judge of the 384th District Court of El Paso, Texas, and concludes that Relator's petition for writ of habeas corpus should be denied. We therefore deny the petition for writ of habeas corpus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 7TH DAY OF DECEMBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.